FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 SEP 21  AM 10:25

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-cr-00080 |
| Plaintiff, | JUDGE COLE |
| v. | INFORMATION |
| MICHAEL A. PUEHLER, | 18 U. S. C. § 201(c)(1)(B) |
| Defendant. | 18 U. S. C. § 1519 |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1
**(Falsification of Records)**

On or about September 20, 2018, in the Southern District of Ohio, the defendant, **MICHAEL A. PUEHLER**, did knowingly falsify and make false entry in a record, document, or tangible object, that is, an airman certificate and rating application pertaining to G.E., the holder of a flight instructor certification, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the United States Department of Transportation, a department and agency of the United States.

**In violation of 18 U.S.C. § 1519.**

## COUNT 2
**(Receiving Illegal Gratuity by Public Official)**

On or about September 20, 2018, in the Southern District of Ohio, the defendant, **MICHAEL A. PUEHLER**, a public official, otherwise than as provided by law for the proper discharge of official duties, directly and indirectly did receive, accept, and agree to receive and accept something of value personally for and because of an official act performed and to be performed by such official, that is, the defendant, **MICHAEL A. PUEHLER**, accepted a check in the amount of $175 for signing and processing G.E.'s airman certificate and rating application to

renew his flight instructor certification while in fact knowing that G.E. had not satisfactorily completed any of the renewal requirements.

**In violation of 18 U.S.C. § 201(c)(1)(B).**

KENNETH L. PARKER
UNITED STATES ATTORNEY

_____
**EBUNOLUWA A. TAIWO**
**Assistant United States Attorney**

EG